IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

MARK ANCHARSKI

        Plaintiff,

v.

DAMPMAN FUNERAL SERVICES and
HAROLD DAMPMAN

        Defendants.

CIVIL ACTION No.: 15-6862

FILED
APR 1 2 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

---

## ORDER

AND NOW, this \_\_12th\_\_ day of \_\_April\_\_ 2017, it is hereby ORDERED that Plaintiff's Motion to Place Defendants Harold Dampman and Dampman Funeral Services (collectively "Defendants") and their Counsel, Joseph Vaccaro, Esq. ("Mr. Vaccaro"), in Civil Contempt of Court and to Enter Default Judgment Against Defendants is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED:**

1) Default Judgment is hereby entered against Defendants in the total amount of $198,970.51.

2) The Default Judgment entered against Defendants herein is comprised of the following amounts:

    a. Unpaid overtime compensation pursuant to Counts I through III of Plaintiff's Second Amended Complaint ("SAC") in the amount of $38,475.00;

    b. Liquidated damages pursuant to Count I of the SAC in the amount of $38,475.00;

    c. Back wages pursuant to Counts IV and V of the SAC in the amount of $45,200.00;

    d. Liquidated damages pursuant to Count IV of the SAC in the amount of $45,200.00;

    e. Liquidated damages pursuant to Count VI of the SAC in the amount of $1,000.00; and

    f. Attorneys' fees and costs pursuant to all Counts of the SAC in the total amount of $30,620.51.

3) The entry of attorneys' fees and costs in Paragraph 2(f) of this Order is inclusive of the $4,862.57 in attorneys' fees assessed against Defendants and Mr. Vaccaro in the Court's Order dated December 9, 2016 (ECF No. 32).

4) Notwithstanding the entry of Default Judgment contained in Paragraph 1 of this Order, Defendants and Mr. Vaccaro shall remain jointly and severally liable to Plaintiff and his Counsel, the Murphy Law Group, LLC, for the $4,862.57 in attorneys' fees assessed against Defendants and Mr. Vaccaro in the Court's Order dated December 9, 2016.

5) Plaintiff's Motion to Place Defendants and Mr. Vaccaro in civil contempt of Court is denied.

BY THE COURT:

_____